UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-08195-RGK | Date | March 15, 2016 |
|---|---|---|---|
| Title | *IN RE JEFFREY L. HADEN* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | NA |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On December 4, 2015, the Court granted appellant's motion for extension of time to file appellant's opening brief [14]. The opening brief was due on or before March 2, 2016. As of this date, the opening brief has not been filed.

Accordingly, the court, on its own motion, orders counsel for appellant to show cause **in writing** on or before **March 21, 2016** why this action should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

|   | : |   |
|---|---|---|
| Initials of Preparer | slw | |